IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Pierce, Oberia

Printed: 4/15/08

Case Number: 05 B 07308
Judge: Goldgar, A. Benjamin
Filed: 3/2/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Ch 7 Conversion: January 17, 2008
Confirmed: April 12, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 9,554.00 |  |
| Secured: |  | 7,295.27 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,800.00 |
| Trustee Fee: |  | 458.71 |
| Other Funds: |  | 0.02 |
| Totals: | 9,554.00 | 9,554.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ernesto D Borges Jr Esq | Administrative | 1,800.00 | 1,800.00 |
| 2. | Triad Financial Services | Secured | 10,917.32 | 7,295.27 |
| 3. | Internal Revenue Service | Priority | 3,135.15 | 0.00 |
| 4. | SBC | Unsecured | 115.28 | 0.00 |
| 5. | United States Dept Of Education | Unsecured | 541.79 | 0.00 |
| 6. | Triad Financial Services | Unsecured | 783.59 | 0.00 |
| 7. | Educational Credit Management Corp | Unsecured | 903.41 | 0.00 |
| 8. | Internal Revenue Service | Unsecured | 10.76 | 0.00 |
| 9. | Illinois Child Support | Unsecured |  | No Claim Filed |
| 10. | First Savings Credit Card | Unsecured |  | No Claim Filed |
| 11. | M3 Financial Services | Unsecured |  | No Claim Filed |
| 12. | Harvard Collection Services In | Unsecured |  | No Claim Filed |
| 13. | Collection Company Of America | Unsecured |  | No Claim Filed |
|  |  |  | $ 18,207.30 | $ 9,095.27 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 30.40 |
| 3% | 45.75 |
| 5.5% | 168.63 |
| 5% | 19.00 |
| 4.8% | 91.90 |
| 5.4% | 103.03 |
|  | $ 458.71 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:   Pierce, Oberia | Case Number:  05 B 07308 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  4/15/08 | Filed:  3/2/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

